UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC R. JOYCE,**<br>Plaintiff,<br>vs.<br>**BRANDON FRANGEDAKIS, HANAHOSA, and NENROD,**<br>Defendants. | **2:25-CV-10256-TGB-DRG**<br>HON. TERRENCE G. BERG<br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 37)** |

This matter is before the Court on Magistrate Judge David R. Grand's August 28, 2026 Report and Recommendation, ECF No. 37, recommending that Defendants' Motion for Summary Judgment, ECF No. 24, be **GRANTED IN PART and DENIED IN PART.**

The Court has reviewed Magistrate Judge Grand's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore,

accept Magistrate Judge Grand's August 28, 2026 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation, ECF No. 37, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 24, is **GRANTED IN PART and DENIED IN PART.** All claims against Defendant Nenrod are **DISMISSED**, and claims two, five, and six against Defendant Frangedakis are **DISMISSED**. Claim four against Defendant Hinojosa for altering the misconduct hearing report shall proceed, as shall claim one arising out of MRF-1265 and claim three arising out of MRF-1409 and MRF-1264 against Defendant Frangedakis.

**IT IS SO ORDERED.**

Dated: September 30, 2026 /s/Terrence G. Berg

HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE